UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | x : | Case No. 3:11-bk-<u>08348</u>-[  ] |
| Trailer Bridge, Inc.,[1] | : : | Chapter 11 |
| Debtor. | : : : | |
| _____ / | x | |

## LIST OF EQUITY SECURITY HOLDERS OF TRAILER BRIDGE, INC.

A list of the equity security holders (the "Equity Holder List") of the above-captioned debtor and debtor in possession (the "Debtor") is filed by attachment hereto in accordance with Fed. R. Bankr. P. 1007(a)(3).

The Equity List has been prepared from the Debtor's books and records.

---

[1] The Debtor's taxpayer identification number is 13-3617986. The mailing address for the Debtor, solely for purposes of notices and communications is 10405 New Berlin Road East, Jacksonville, Florida 32226.

EAST\47097284.5

## List of Equity Security Holders of Trailer Bridge, Inc.

| Name | Address | Units |
|---|---|---|
| CEDE & CO[1] | PO BOX 20, BOWLING GREEN STN, NEW YORK NY, 10274 | 10,660,024 |
| MALCOM P MCLEAN + NANCY M PARKER EX EST CLARA L MCLEAN | 170 FRYE RD, PINEHURST NC, 28374 | 1,334,500 |
| TRAILER BRIDGE INC | 150 ROYALL STREET, CANTON MA, 02021 | 39,173 |
| ANDREW SIKES MCLEAN | 7685 HWP 59 SOUTH STE E, FOLEY AL, 36535 | 13,671 |
| JENNIFER MCLEAN | 901 GAYFER AVE APT 1124, FAIRHOPE AL, 36532-3905 | 13,671 |
| CHRISTOPHER MCLEAN | 7685 HWY 59 SOUTH STE E, FOLEY AL, 36535 | 13,670 |
| MALCOM P MCLEAN III | 7685 HWY 59 SOUTH STE E, FOLEY AL, 36535 | 13,670 |
| JAMES R RICHARDSON + PATRICIA A RICHARDSON JT TEN | 4512 BIRKENHEAD RD, JACKSONVILLE FL, 32210-4219 | 1,041 |
| GARY LISOWE + CONSTANCE LISOWE JT TEN | 8223 CHESTER LAKE RD N, JACKSONVILLE FL, 32256-3404 | 1,000 |
| THOMAS SPINARD | 220 N OHIOVILLE RD, NEW PALTZ NY, 12561-3420 | 1,000 |
| TOM SHAW | 409 SANIBEL CT, NEPTUNE BEACH FL, 32266-6603 | 909 |
| HELEN DELICH BENTLEY | 2651 POT SPRING RD, LUTHVLE TIMON MD, 21093-2733 | 500 |
| HILTON ROY BRYANT | RT 1 BOX 2600, SANDERSON FL, 32087-9801 | 500 |

---

[1] Cede & Co is a clearing house that holds shares in its name for banks, brokers, and institutions, including but not limited to the individuals listed on Exhibit A to the Petition, as individuals who hold 5% or more of the Debtor's equity interests.

| Name | Address | Units |
|---|---|---|
| PHILLIP R MCDOWELL + JEANETTE L MCDOWELL JT TEN | 473 CODY DR, ORANGE PARK FL, 32073-4214 | 500 |
| TERMINAL INVESTMENT CORP | ATTN DUNCAN PINDAR, PO BOX 1434, SAVANNAH GA, 31402-1434 | 500 |
| JOHN L KENNEDY | 310 BENT PINE DR, COLUMBIA SC, 29212-1511 | 400 |
| RICHARD T CLARK + JEANNE L CLARK TEN ENT | 10909 BERKSHIRE LN, JACKSONVILLE FL, 32225-1536 | 300 |
| SHAWN A LEDNICK | 1721 E ADAMS ST, JACKSONVILLE FL, 32202-1205 | 300 |
| QUENTIN T TILL | 1301 RIVERPLACE BLVD STS 2610, JACKSONVILLE FL, 32207-9025 | 300 |
| CATHY V MCCARTY | 7831 TORY PL N, JACKSONVILLE FL, 32208 | 230 |
| CHARLES C ADAMS + SANDRA H ADAMS TEN ENT | 3090 WHITE IBIS WAY, TALLAHASSEE FL, 32309-2889 | 200 |
| HARVEY R CARR | 11498 CARONDELET ST, GULFPORT MS, 39503-3158 | 200 |
| DOUGLAS H COOK + RUTH H COOK JT TEN | 1402 BAYLOR LANE, JACKSONVILLE FL, 32217-2301 | 200 |
| DON DAVIDSON | 3703 VIA DE LA REINA, JACKSONVILLE FL, 32217-3630 | 200 |
| HOPE DEMPSEY + WILLIAM H DEMPSEY III JT TEN | 11539 KINGSLEY MANOR WAY, JACKSONVILLE FL, 32225-1065 | 200 |
| RILEY L HARRELL JR | 319 CROOKED RIVER DR, WOODBINE GA, 31569-4223 | 200 |
| MELVIN E MILLER + VIVIAN L MILLER JT TEN | 2701 SOUTH VAN BUREN, GREEN BAY WI, 54301-2915 | 200 |
| JERRY F SALLAS + NANCY Y SALLAS JT TEN | 12429 KOZY REST LN, JACKSONVILLE FL, 32258-2370 | 200 |

| Name | Address | Units |
|---|---|---|
| CELIA H SAPP | 3504 THE CEDARS AVE, MOBILE AL, 36608-1447 | 200 |
| JAMES C SIMPSON JR + JAMES C SIMPSON SR + BECKY S HAGINS TEN ENT | 5608 RIBBON ROSE DR, JACKSONVILLE FL, 32258-2507 | 200 |
| BONNIE J SWAILS | 1080 BEA LN, JACKSONVILLE FL, 32220-1060 | 200 |
| ALVIN ALEXANDER KING | 520 MOUNTAIN RIDGE RD # 8, MILLBROOK AL, 36054-2143 | 167 |
| RONALD BYRD + COOPER T SMITH JT TEN | BARNETT REGENCY TOWER, SUITE 708, 9550 REGENCY SQUARE BLVD, JACKSONVILLE FL, 32225-8171 | 160 |
| RICHARD B CRIBBS + AMBER D CRIBBS JT TEN | 14828 HORSESHOE TRCE, WELLINGTON FL, 33414-4032 | 150 |
| JOHN ADKINS | 12615 SHADY CREEK CT, JACKSONVILLE FL, 32223-2067 | 100 |
| CLEO BALTAZAR | 3472 RAYMUR VILLA DR, JACKSONVILLE FL, 32277-0938 | 100 |
| MARTIN W BARBENA | 6536 WOODBURY DR, SOLON OH, 44139-3237 | 100 |
| SANDRA BATTS | 3038 SUNI PINES BLVD, JACKSONVILLE BEACH FL, 32250-1611 | 100 |
| ALISON K BRANNON | 9800 TOUCHTON RD APT 712, JACKSONVILLE FL, 32246-8290 | 100 |
| ALBERTO R CABRERA | 7712 ALTAMA RD, JACKSONVILLE FL, 32216-9312 | 100 |
| JANET CLEMONS | 4A SEA GULL VILLA LN, BEAUFORT SC, 29906-6900 | 100 |
| CHARLES COBB | 1106 MAR DEL PLATA ST S, JACKSONVILLE FL, 32256-7340 | 100 |

| Name | Address | Units |
|---|---|---|
| JOSEPH CRUISE | 2310 BEACHCOMBER TRL, ATLANTIC BEACH FL, 32233-6607 | 100 |
| GERALDO CRUZ | 644 STAFFORDSHIRE DR, JACKSONVILLE FL, 32225-3968 | 100 |
| CHRISTOPHER CURLEY | 112 WOODBINE AVE, LITTLE SILVER NJ, 07739-1314 | 100 |
| STEVEN DEL CORSO | 8570 HEATHER RUN DR N, JACKSONVILLE FL, 32256-9528 | 100 |
| SALLYE EVELAND | 3276 VASALBORO WAY, COLUMBUS OH, 43204 | 100 |
| ADAM E GAWRYSH | 4191 PALMER AVE, JACKSONVILLE FL, 32210 | 100 |
| WILLIAM G GOTIMER | 444 N VILLAGE AVE, ROCKVILLE CENTRE NY, 11570-2328 | 100 |
| TINA GREGERSON | 218 SETTLERS TRACE BLVD, LAFAYETTE LA, 70508-6659 | 100 |
| RICHARD HEIM | 11 PEBBLE BCH, TRABUCO CANYON CA, 92679-4812 | 100 |
| TAMI HENRI | 2001 HODGES BLVD APT 1412, JACKSONVILLE FL, 32224-3049 | 100 |
| MARY ANN HOLMES | 2001 HODGES BLVD APT 718, JACKSONVILLE FL, 32224-3039 | 100 |
| DEAN JOSLYN | PO BOX 350091, JACKSONVILLE FL, 32235-0091 | 100 |
| STEVEN KELLER | 6223 BONITA COVE RD, JACKSONVILLE FL, 32222-1484 | 100 |
| KARIN LAUER | 116 ILLINOIS CIR, ELYRIA OH, 44035- 7226 | 100 |
| CHRISTOPHER A LAWSON + KIMBERLY A LAWSON JT TEN | 500 WOODCREST AVE, SALISBURY MD, 21804-4744 | 100 |

| Name | Address | Units |
|---|---|---|
| CATALINA LEON | VILLA DEL CARMEN GHR 8TH ST, PONCE PR, 00731 | 100 |
| WENDY MCDOUGAL | 3952 VALLEY GARDEN DR W, JACKSONVILLE FL, 32225-3673 | 100 |
| DAVID MISKOWIEC | 338 PABLO TER, PONTE VEDRA BEACH FL, 32082-1809 | 100 |
| JOSE MORALES | 205 TEAKWOOD CIR E, MIDDLEBURG FL, 32068-4082 | 100 |
| DAVID L NELSON | 13918 SE 275TH ST, KENT WA, 98042- 9029 | 100 |
| JEFFREY D RIVERA | GRAN VISTA 2, PLAZA 2 # 19, GURABO PR, 00778 | 100 |
| THERESA ROBERTSON | 71 VANDERFORD RD E, ORANGE PARK FL, 32073-5943 | 100 |
| JOHN ROSARIO | 1053 NH ROUTE 4A, ENFIELD NH, 03748-3801 | 100 |
| GARY F SALVADOR | 12859 SOUTHERN HILLS CIR E, DURADO REEF, JACKSONVILLE FL, 32225-4796 | 100 |
| PRISCILLA SINGLETARY | 1503 DECLARATION DR, JACKSONVILLE BEACH FL, 32250-2509 | 100 |
| JOHN STOREY + ELIZABETH STOREY JT TEN | 118 STOREY RD, SUMMERVILLE SC, 29483-9422 | 100 |
| MARLENE STRUBE | 8121 GENET DR, JACKSONVILLE FL, 32210-2452 | 100 |
| JAY C THOMASSEN | 3732 BIGGIN CHURCH RD W, JACKSONVILLE FL, 32224-7987 | 100 |
| HENRY H THORNTON JR | 1136 MACAW AVE, YULEE FL, 32097-3725 | 100 |
| JOCELYN VEGA | ALEMENDRO STREET #306, VISTAS DE RIO GRANDE, RIO GRANDE PR, 00745 | 100 |

| Name | Address | Units |
|---|---|---|
| ROBERT WINKLE | 11507 PRINCESSA LN, JACKSONVILLE FL, 32218-4093 | 100 |
| LUIS AMARGO + PAMELA L AMARGO JT TEN | 11041 BARBIZON CIRCLE E, JACKSONVILLE FL, 32257-7081 | 60 |
| ZORALBA IRIZARRY | 195 ARTERIAL HOSTOS APT 2033, SAN JUAN PR, 00918-2937 | 50 |
| MICHAEL H BAKER | PO BOX 8445, COLUMBIA SC, 29202-8445 | 13 |
| DARLENE GADEN | 3203 AMYS COURT, GREEN COVE SPRINGS FL, 32043-7018 | 10 |
| CINDY HADDEN CUST ETHAN WYATT HADDEN UTMA FL | 1789 CIRCLE DR, CALLAHAN FL, 32011-5052 | 10 |
| E W WILSON | 302 LAKEVIEW DRIVE, DALTON GA, 30721-6517 | 7 |
| GARY F SALVADOR | C/O CHARLES M KELLEY, 12859 SOUTHERN HILLS CIR E, DURADO REEF, JACKSONVILLE FL, 32225-4796 | 1 |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                    x
                                          :
Trailer Bridge, Inc.,[1]                  :   Case No. 3:11-bk- 08348 -[  ]
                                          :
                                          :   Chapter 11
       Debtor.                            :
                                          :
_____/      x

## DECLARATION REGARDING LIST OF EQUITY SECURITY HOLDERS OF TRAILER BRIDGE, INC.

I, Mark A. Tanner, Co-Chief Executive Officer and Chief Financial Officer of Trailer Bridge, Inc., declare under penalty of perjury that I have reviewed the foregoing "List of Equity Security Holders of Trailer Bridge, Inc." and that it is true and correct to the best of my knowledge, information and belief, with reliance on appropriate corporate officers and the Debtor's books and records.

Dated: November 16, 2011
       Jacksonville, Florida

By: /s/ Mark A. Tanner
    Mark A. Tanner
    Co-Chief Executive Officer and
    Chief Financial Officer

---

[1] The Debtor's taxpayer identification number is 13-3617986. The mailing address for the Debtor, solely for purposes of notices and communications is 10405 New Berlin Road East, Jacksonville, Florida 32226.